## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA

**In re:**

Treena Taylor

**Case No. 13-14557-EPK**
**Chapter** 13

_____**Debtor** (s) /

## MOTION TO REQUEST AN EXTENSION OF TIME TO FILE SCHEDULES AND OTHER PERTINENT DOCUMENTS TO CURE DEFECIENCIES

I , Treena Taylor Debtor, Respectfully request that the court allows an additional eight

(8) days to file all requested deficient documents and schedules, as it is taking more time

than realized to gather all of the necessary documents to comply. Based on this I

respectfully request that the court allows the additional time requested.

Respectfully Submitted by

Treena Taylor          **Debtor**

**Certificate of service:**

*Debtor*

Treena M. Taylor
**5550 Jeffery Ave**
**West Palm Beach, FL 33407**

*Trustee*
Robin R Weiner
**www.ch13weiner.com**
**POB 559007**
**Fort Lauderdale, FL 33355**

*U.S. Trustee*
Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA

RE:

Treena Taylor

Case:  13-14557- EPK

_____Debtor /

Chapter  13

### ORDER GRANTING DEBTORS MOTION FOR EXTENSION OF TIME TO FILE SCHEDUALS AND OTHER PERTINENT DOCUMENTS TO CURE DEFICIENCIES.

Upon consideration of the Debtor's Motion for extension of time to file schedules and

other documents to cure deficiencies thereto, the court finding good cause to grant the

motion, it is by the United States Bankruptcy Court for the Southern District of Florida.

ORDERED that the Motion is GRANTED: and it is further

ORDERED, that the Debtor's time to file schedules and other

documents  is hereby extended  thru till ____ day of _____, 2013.

_____
Court Judge