3/18/13 10:22AM

# United States Bankruptcy Court
## Southern District of Florida

In re **Treena M Taylor** Debtor(s)

Case No. 13-14557-EPK
Chapter **13**

## DECLARATION REGARDING PAYMENT ADVICES

**Debtor:**

☒ Copies of all payment advices, pay stubs or other evidence of payment received by the debtor from any employer within 60 days prior to the filing of the bankruptcy petition are attached. (Note: If you worked some, but not all of the 60 days prior, attach copies of any and all received and provide explanation that you didn't work the full 60 days.
________)

☐ Copies of all payment advices **are not** attached because the debtor had no income from any employer during the 60 days prior to filing the bankruptcy petition.

☐ Copies of all payment advices **are not** attached because the debtor:
- ☐ receives disability payments
- ☐ is unemployed and does not receive unemployment compensation
- ☐ receives Social Security payments
- ☐ receives a pension
- ☐ does not work outside the home
- ☐ is self employed and does not receive payment advices

☐ None of the statements above apply, however, the debtor is unable to timely provide some or all copies of payment advices or other evidence of payment received
Explain: ________

**Joint Debtor (if applicable):**

☐ Copies of payment advices, pay stubs or other evidence of payment received by the joint debtor from any employer within 60 days prior to the filing of the bankruptcy petition are attached. (Note: If you worked some, but not all of the 60 days prior, attach copies of any and all received and provide explanation that you didn't work the full 60 days.
________)

☐ Copies of payment advices **are not** attached because the joint debtor had no income from any employer during the 60 days prior to filing the bankruptcy petition.

☐ Copies of payment advices **are not** attached because the joint debtor:
- ☐ receives disability payments
- ☐ is unemployed and does not receive unemployment compensation
- ☐ receives Social Security payments
- ☐ receives a pension
- ☐ does not work outside the home
- ☐ is self employed and does not receive payment advices

☐ None of the statements above apply, however, the joint debtor is unable to timely provide some or all copies of payment advices or other evidence of payment received
Explain: ________

FLD 13 MAR 22 PM 12:18 USBC-FLSB-WPB



Software Copyright (c) 1996-2012 CCH INCORPORATED - www.bestcase.com Best Case Bankruptcy

***NOTE: When submitting copies of evidence of payment such as pay stubs or payment advices, it is your responsibility to redact (blackout) any social security numbers, names of minor children, dates of birth or financial account numbers before attaching for filing with the court.***

**/s/ Treena M Taylor**
**Treena M Taylor**
Signature of Attorney or Debtor

Date: **March 18, 2013**



Software Copyright (c) 1996-2012 CCH INCORPORATED - www.bestcase.com Best Case Bankruptcy





## PayStubs



Print

Pay Date: **02/22/2013 - Bi-weekly**

Costco Wholesale Corporation
999 LAKE DRIVE
ISSAQUAH, WA 98027-8990
(425)313-8100

TREENA M TAYLOR BEMBRY
5550 JEFFERY AVENUE
WEST PALM BEACH, FL 33407

| | |
|---|---|
| Employee Number | 315967 - Hourly |
| Loc/Dept. | 00345 061 |
| Job Title | SUPERVISOR-HOURLY |

| | |
|---|---|
| Period Begin Date | 02/04/2013 |
| Period End Date | 02/17/2013 |
| Pay Advice # | 33359443 |
| Pay Frequency | Bi-weekly |

Expand All Collapse All

| Taxes | State Codes | Marital Status | Allowances | Additional $ Amounts | Local Codes |
|---|---|---|---|---|---|
| Federal | | Single | 0 | | Loc 1: |
| Primary State | FL | | 0 | | Loc 2: |
| Secondary State | | | 0 | | Loc 3: |
| Local | | | 0 | | Loc 4: |

| Earnings | Rate | Hours | Hours YTD | Dollars | Dollars YTD |
|---|---|---|---|---|---|
| REGULAR PAY | 24.000 | 71.38 | 237.81 | $1,713.12 | $5,707.44 |
| SUNDAY PREMIUM PAY | 36.000 | 8.00 | 55.93 | $288.00 | $2,013.48 |
| OVERTIME | 36.000 | 0.79 | 1.48 | $28.44 | $53.28 |
| VACATION PAY | 24.000 | 0.62 | 1.72 | $14.88 | $41.28 |
| SUNDAY OVERTIME PAY | 36.000 | 0.03 | 0.22 | $1.08 | $7.92 |
| HOLIDAY PAY - OBSERVED | | | 24.00 | $0.00 | $576.00 |
| TOTAL HOURS WORKED | | 80.20 | | $0.00 | $0.00 |
| **Total Earnings :** | | 80.82 | 321.16 | $2,045.52 | $8,399.40 |

| Pre-Tax Deductions | Dollars | Dollars YTD |
|---|---|---|
| 401(K) NON-UNION EMPLOYEE CONTRIBUTION | $327.28 | $1,343.91 |
| CORE DENTAL - FULL TIME EMPLOYEES | $5.00 | $20.00 |
| FREEDOM OF CHOICE MEDICAL | $60.00 | $240.00 |
| HEALTHCARE REIMBURSEMENT ACCOUNT | $57.69 | $230.76 |
| **Total Pre-Tax Deductions:** | $449.97 | $1,834.67 |

| Taxes | Dollars | Dollars YTD |
|---|---|---|
| [illegible] | $27.94 | $114.94 |
| [illegible] | $119.50 | $491.48 |
| [illegible] | $221.15 | $938.97 |
| **Total Taxes :** | $368.59 | $1,545.39 |

| After-Tax Deductions | Dollars | Dollars YTD |
|---|---|---|
| EMPLOYEE FUND | $2.00 | $8.00 |
| UNITED WAY CONTRIBUTIONS | $1.00 | $4.00 |
| 401(K) - LOAN PAYMENT | $218.88 | $875.52 |
| SHORT TERM DISABILITY (HOURLY) | $29.84 | $123.41 |
| **Total After-Tax Deductions:** | $251.72 | $1,010.93 |

| Net Pay | Dollars | Dollars YTD |
|---|---|---|
| **Total Net Pay :** | $975.24 | $4,008.41 |

| Other Benefits & Information | Dollars | Dollars YTD |
|---|---|---|
| TAXLIFE | 4.62 | 18.48 |

**Leave Balance Summary**

| Vac/Sick/Goal Hours | Beginning Balance | Current Pay Period Activity | Ending Balance |
|---|---|---|---|
| SICK/PER | 64.01 | 0.00 | 64.01 |
| VACATION | 156.26 | 0.62 | 155.64 |

| Summary | Earnings | Less Pre-Tax | Taxable Wages | Less Taxes | Less Deds | Equals Net Pay |
|---|---|---|---|---|---|---|
| This Period | $2,045.52 | $449.97 | $1,595.55 | $368.59 | $251.72 | $975.24 |
| YTD | $8,399.40 | $1,834.67 | $6,564.73 | $1,545.39 | $1,010.93 | $4,008.41 |



16702037[7]





# PayStubs

Pay History **PayStub Details** PayStub Comparison

Print

Pay Date: **02/08/2013 - Bi-weekly**

Costco Wholesale Corporation
999 LAKE DRIVE
ISSAQUAH, WA 98027-8990
(425)313-8100

TREENA M TAYLOR BEMBRY
5550 JEFFERY AVENUE
WEST PALM BEACH, FL 33407

| | | | |
|---|---|---|---|
| Employee Number | 315967 - Hourly | Period Begin Date | 01/21/2013 |
| Loc/Dept. | 00345 061 | Period End Date | 02/03/2013 |
| Job Title | SUPERVISOR-HOURLY | Pay Advice # | 33246482 |
| | | Pay Frequency | Bi-weekly |

Expand All Collapse All

| Taxes | State Codes | Marital Status | Allowances | Additional $ Amounts | Local Codes |
|---|---|---|---|---|---|
| Federal | | Single | 0 | | Loc 1: |
| Primary State | FL | | 0 | | Loc 2: |
| Secondary State | | | 0 | | Loc 3: |
| Local | | | 0 | | Loc 4: |

| Earnings | Rate | Hours | Hours YTD | Dollars | Dollars YTD |
|---|---|---|---|---|---|
| REGULAR PAY | 24.000 | 63.70 | 166.43 | $1,528.80 | $3,994.32 |
| SUNDAY PREMIUM PAY | 36.000 | 15.93 | 47.93 | $573.48 | $1,725.48 |
| OVERTIME | 36.000 | 0.34 | 0.69 | $12.24 | $24.84 |
| SUNDAY OVERTIME PAY | 36.000 | 0.10 | 0.19 | $3.60 | $6.84 |
| HOLIDAY PAY - OBSERVED | | | 24.00 | $0.00 | $576.00 |
| VACATION PAY | | | 1.10 | $0.00 | $26.40 |
| TOTAL HOURS WORKED | | 80.07 | | $0.00 | $0.00 |
| **Total Earnings :** | | 80.07 | 240.34 | $2,118.12 | $6,353.88 |

| Pre-Tax Deductions | Dollars | Dollars YTD |
|---|---|---|
| 401(K) NON-UNION EMPLOYEE CONTRIBUTION | $338.90 | $1,016.63 |
| CORE DENTAL - FULL TIME EMPLOYEE | $5.00 | $15.00 |
| FREEDOM OF CHOICE MEDICAL | $60.00 | $180.00 |
| HEALTHCARE REIMBURSEMENT ACCOUNT | $57.69 | $173.07 |
| **Total Pre-Tax Deductions:** | $461.59 | $1,384.70 |

| Taxes | Dollars | Dollars YTD |
|---|---|---|
| MEDICARE - EMPLOYEE | $29.01 | $87.00 |
| FICA - EMPLOYEE | $124.00 | $371.98 |
| FEDERAL WITHHOLDING | $236.39 | $717.82 |
| **Total Taxes :** | $389.40 | $1,176.80 |

| After-Tax Deductions | Dollars | Dollars YTD |
|---|---|---|
| EMPLOYEE FUND | $2.00 | $6.00 |
| UNITED WAY CONTRIBUTIONS | $1.00 | $3.00 |
| 401(K) LOAN PAYMENT | $218.88 | $656.64 |
| SHORT TERM DISABILITY (HOURLY) | $31.11 | $93.57 |
| **Total After-Tax Deductions:** | $252.99 | $759.21 |

| Net Pay | Dollars | Dollars YTD |
|---|---|---|
| **Total Net Pay :** | $1,014.14 | $3,033.17 |

| Other Benefits & Information | Dollars | Dollars YTD |
|---|---|---|
| TAXLIFE | 4.62 | 13.86 |

**Leave Balance Summary**

| Vac/Sick/Goal Hours | Beginning Balance | Current Pay Period Activity | Ending Balance |
|---|---|---|---|
| SICK/PER | 64.01 | 0.00 | 64.01 |
| VACATION | 156.26 | 0.00 | 156.26 |

| Summary | Earnings | Less Pre-Tax | Taxable Wages | Less Taxes | Less Deds | Equals Net Pay |
|---|---|---|---|---|---|---|
| This Period | $2,118.12 | $461.59 | $1,656.53 | $389.40 | $252.99 | $1,014.14 |
| YTD | $6,353.88 | $1,384.70 | $4,969.18 | $1,176.80 | $759.21 | $3,033.17 |



1670203777




Main Menu PayStubs Timecards More

PayStubs

Pay History **PayStub Details** PayStub Comparison

Print

Pay Date: **01/25/2013 - Bi-weekly**

Costco Wholesale Corporation
999 LAKE DRIVE
ISSAQUAH, WA 98027-8990
(425)313-8100

TREENA M TAYLOR BEMBRY
5550 JEFFERY AVENUE
WEST PALM BEACH, FL 33407

| | | | | |
|---|---|---|---|---|
| Employee Number | 315967 - Hourly | | Period Begin Date | 01/07/2013 |
| Loc/Dept. | 00345 061 | | Period End Date | 01/20/2013 |
| Job Title | SUPERVISOR-HOURLY | | Pay Advice # | 33118536 |
| | | | Pay Frequency | Bi-weekly |

Expand All Collapse All

| Taxes | State Codes | Marital Status | Allowances | Additional $ Amounts | Local Codes |
|---|---|---|---|---|---|
| Federal | | Single | 0 | | Loc 1: |
| Primary State | FL | | 0 | | Loc 2: |
| Secondary State | | | 0 | | Loc 3: |
| Local | | | 0 | | Loc 4: |

| Earnings | Rate | Hours | Hours YTD | Dollars | Dollars YTD |
|---|---|---|---|---|---|
| REGULAR PAY | 24.000 | 56.00 | 102.73 | $1,344.00 | $2,465.52 |
| SUNDAY PREMIUM PAY | 36.000 | 16.00 | 32.00 | $576.00 | $1,152.00 |
| HOLIDAY PAY - OBSERVED | 24.000 | 8.00 | 24.00 | $192.00 | $576.00 |
| OVERTIME | 36.000 | 0.25 | 0.35 | $9.00 | $12.60 |
| SUNDAY OVERTIME PAY | 36.000 | 0.02 | 0.09 | $0.72 | $3.24 |
| VACATION PAY | | | 1.10 | $0.00 | $26.40 |
| TOTAL HOURS WORKED | | 72.27 | | $0.00 | $0.00 |
| Total Earnings : | | 80.27 | 160.27 | $2,121.72 | $4,235.76 |

| Pre-Tax Deductions | Dollars | Dollars YTD |
|---|---|---|
| 401(K) NON-UNION EMPLOYEE CONTRIBUTION | $339.48 | $677.73 |
| CORE DENTAL - FULL TIME EMPLOYEE | $5.00 | $10.00 |
| FREEDOM OF CHOICE MEDICAL | $60.00 | $120.00 |
| HEALTHCARE REIMBURSEMENT ACCOUNT | $57.69 | $115.38 |
| Total Pre-Tax Deductions: | $462.17 | $923.11 |

| Taxes | Dollars | Dollars YTD |
|---|---|---|
| MEDICARE - EMPLOYEE | $29.05 | $57.99 |
| FICA - EMPLOYEE | $124.23 | $247.98 |
| FEDERAL WITHHOLDING | $241.52 | $481.43 |
| Total Taxes : | $394.80 | $787.40 |

| After-Tax Deductions | Dollars | Dollars YTD |
|---|---|---|
| EMPLOYEE FUND | $2.00 | $4.00 |
| UNITED WAY CONTRIBUTIONS | $1.00 | $2.00 |
| 401(K) LOAN PAYMENT | $218.88 | $437.76 |
| SHORT TERM DISABILITY (HOURLY) | $31.26 | $62.46 |
| Total After-Tax Deductions: | $253.14 | $506.22 |

| Net Pay | Dollars | Dollars YTD |
|---|---|---|
| Total Net Pay : | $1,011.61 | $2,019.03 |

| Other Benefits & Information | Dollars | Dollars YTD |
|---|---|---|
| TAXLIFE | 4.62 | 9.24 |

Leave Balance Summary

| Vac/Sick/Goal Hours | Beginning Balance | Current Pay Period Activity | Ending Balance |
|---|---|---|---|
| SICK/PER | 64.01 | 0.00 | 64.01 |
| VACATION | 156.26 | 0.00 | 156.26 |

| Summary | Earnings | Less Pre-Tax | Taxable Wages | Less Taxes | Less Deds | Equals Net Pay |
|---|---|---|---|---|---|---|
| This Period | $2,121.72 | $462.17 | $1,659.55 | $394.80 | $253.14 | $1,011.61 |
| YTD | $4,235.76 | $923.11 | $3,312.65 | $787.40 | $506.22 | $2,019.03 |



16 2020377

PAPERLESS PAY | TREENA M TAYLOR BEMBRY | February 21, 2013

**English**



## PayStubs

**PayStub Details**

Pay Date: **01/11/2013 - Bi-weekly**

Costco Wholesale Corporation
999 LAKE DRIVE
ISSAQUAH, WA 98027-8990
(425)313-8100

TREENA M TAYLOR BEMBRY
5550 JEFFERY AVENUE
WEST PALM BEACH, FL 33407

| | |
|---|---|
| Employee Number | 315967 - Hourly |
| Loc/Dept. | 00345 061 |
| Job Title | SUPERVISOR-HOURLY |

| | |
|---|---|
| Period Begin Date | 12/24/2012 |
| Period End Date | 01/06/2013 |
| Pay Advice # | 32999397 |
| Pay Frequency | Bi-weekly |

| Taxes | State Codes | Marital Status | Allowances | Additional $ Amounts | Local Codes |
|---|---|---|---|---|---|
| Federal | | Single | 0 | | Loc 1: |
| Primary State | FL | | 0 | | Loc 2: |
| Secondary State | | | 0 | | Loc 3: |
| Local | | | 0 | | Loc 4: |

| Earnings | Rate | Hours | Hours YTD | Dollars | Dollars YTD |
|---|---|---|---|---|---|
| REGULAR PAY | 24.000 | 46.73 | 46.73 | $1,121.52 | $1,121.52 |
| SUNDAY PREMIUM PAY | 36.000 | 16.00 | 16.00 | $576.00 | $576.00 |
| HOLIDAY PAY - OBSERVED | 24.000 | 16.00 | 16.00 | $384.00 | $384.00 |
| VACATION PAY | 24.000 | 1.10 | 1.10 | $26.40 | $26.40 |
| OVERTIME | 36.000 | 0.10 | 0.10 | $3.60 | $3.60 |
| SUNDAY OVERTIME PAY | 36.000 | 0.07 | 0.07 | $2.52 | $2.52 |
| TOTAL HOURS WORKED | | 62.90 | | $0.00 | $0.00 |
| **Total Earnings :** | | 80.00 | 80.00 | $2,114.04 | $2,114.04 |

| Pre-Tax Deductions | Dollars | Dollars YTD |
|---|---|---|
| 401(K) NON-UNION EMPLOYEE CONTRIBUTION | $338.25 | $338.25 |
| CORE DENTAL - FULL TIME EMPLOYEE | $5.00 | $5.00 |
| FREEDOM OF CHOICE MEDICAL | $60.00 | $60.00 |
| HEALTH CARE REIMBURSE [illegible] | $57.69 | $57.69 |
| **Total Pre-Tax Deductions:** | $460.94 | $460.94 |

| Taxes | Dollars | Dollars YTD |
|---|---|---|
| [illegible] | $28.94 | $28.94 |
| [illegible] | $123.75 | $123.75 |
| FEDERAL WITHHOLDING | $239.91 | $239.91 |
| **Total Taxes :** | $392.60 | $392.60 |

| After-Tax Deductions | Dollars | Dollars YTD |
|---|---|---|
| EMPLOYEE FUND | $2.00 | $2.00 |
| UNITED WAY CONTRIBUTIONS | $1.00 | $1.00 |
| 401(K) LOAN PAYMENT | $218.88 | $218.88 |
| SHORT TERM DISABILITY (HOURLY) | $31.20 | $31.20 |
| **Total After-Tax Deductions:** | $253.08 | $253.08 |

| Net Pay | Dollars | Dollars YTD |
|---|---|---|
| **Total Net Pay :** | $1,007.42 | $1,007.42 |

| Other Benefits & Information | Dollars | Dollars YTD |
|---|---|---|
| TAXLIFE | 4.62 | 4.62 |

**Leave Balance Summary**

| Vac/Sick/Goal Hours | Beginning Balance | Current Pay Period Activity | Ending Balance |
|---|---|---|---|
| SICK/PER | 64.01 | 0.00 | 64.01 |
| VACATION | 157.36 | 1.10 | 156.26 |

| Summary | Earnings | Less Pre-Tax | Taxable Wages | Less Taxes | Less Deds | Equals Net Pay |
|---|---|---|---|---|---|---|
| This Period | $2,114.04 | $460.94 | $1,653.10 | $392.60 | $253.08 | $1,007.42 |
| YTD | $2,114.04 | $460.94 | $1,653.10 | $392.60 | $253.08 | $1,007.42 |



16702037 7