# UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov
## CHAPTER 13 PLAN (Individual Adjustment of Debts)

☐ ___ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ ___ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: **Treena M Taylor**          JOINT DEBTOR: _____          CASE NO.: *13-14557-EPK*

Last Four Digits of SS# **xxx-xx-0485**          Last Four Digits of SS# _____

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of **36** months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to the creditors pro-rata under the plan:

    A.  $ __890.00__ for months __1__ to __36__ ;
    B.  $ _____ for months _____ to _____ ;
    C.  $ _____ for months _____ to _____ ; in order to pay the following creditors:

Administrative:   Attorney's Fee -   $ ____0.00____   TOTAL PAID $ ____0.00____
                  Balance Due       $ -NONE- payable $ _____ /month (Months _____ to _____ )

Secured Creditors: [Retain Liens pursuant to 11 USC § 1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

-NONE- _____   Arrearage on Petition Date $ _____
Address: _____   Arrears Payment $ _____ /month (Months _ to _)
Account No: _____   Regular Payment $ _____ /month (Months _ to _)

IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 AND LR 3015-3.

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| -NONE- | $ | % | $ | To | |

Priority Creditors: [as defined in 11 U.S.C. §507]

-NONE- _____   Total Due   $ _____
                    Payable     $ _____ /month   (Months _ to _)   Regular Payment $ _____

Unsecured Creditors: Pay $ **1.00** /month (Months **1** to **36** ).
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above:

**Rejected Contracts and/or Leases**
-NONE-

**Assumed Contracts and/or Leases**
-NONE-

**Special Intentions:**
Bank of America: Debtor will pay claim directly at 1,108.50 per month.
consumer: Debtor will pay claim directly at 428.27 per month.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

/s/ Treena M Taylor
**Treena M Taylor**
Debtor

Date: **March 18, 2013**

LF-31 (rev. 01/08/10)
Software Copyright (c) 1996-2012 CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy