FLD 130514PM0404USBCSDFWPB

Case # - 13-14557-EPK

To: Bankruptcy Judge

My name is Treena M. Taylor. I went to court on May 3, 2013. My case was dismiss because it was said that I had no representation for my case. But I was told by Joseph T. Schiavone, Jr. that I have a lawer — Mr. Herbert Biggs, who he said was out of town. I have paid them 1500 for modifation, which did'n go though. Then I paid them $3500 for bankruptcy. Which is not going well. They are giving me the run around. I'm asking can you please reinstate my case.

(561) 329-0485

Best Case Management, LLC (info)
521 Nothlake Blvd., Suite #N
North Palm Bch. Fl 33408
jts@bestcasemgt.net
office # - 840-8708
Joseph T. Schiavone, Jr.
Senor Consultant

Thank you
Treena M. Taylor