

ORDERED in the Southern District of Florida on May 21, 2013.

Erik P. Kimball, Judge
United States Bankruptcy Court

___

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re:

TREENA M. TAYLOR,

      Debtor.
_____/

CASE NO.: 13-14557-EPK
Chapter 13

### ORDER SETTING HEARING ON DEBTOR'S MOTION TO REINSTATE CHAPTER 13 CASE

THIS MATTER came before the Court upon the letter of Treena M. Taylor (the "Debtor") construed as a *Motion to Reinstate Chapter 13 Case* [ECF No. 28] (the "Motion").

Local Rule 9013-1(E)(2) provides that a motion to reinstate a dismissed chapter 13 case must be, if the debtor is pro se, accompanied by a photocopy of the cashiers check(s) or money order(s), made payable to the chapter 13 trustee, which will be tendered to the chapter 13 trustee by the debtor to bring the plan current if the case is reinstated.

The Debtor failed to accompany the Motion with a photocopy of any cashiers check or money order.

Accordingly, the Court ORDERS THAT:

1. The Court will conduct a hearing on the Motion [ECF No. 28] at 11:00 a.m. on June 13, 2013 at the following location:

> United States Bankruptcy Court
> The Flagler Waterview Building
> 1515 North Flagler Drive, Room 801
> Courtroom B
> West Palm Beach, Florida 33401

2. The Debtor shall bring to the hearing a photocopy of a cashiers check or money order, made payable to the chapter 13 trustee, in an amount that will bring the plan current if the case is reinstated. If the Debtor fails to bring such photocopy to the hearing, the Motion [ECF No. 28] will be denied.

###

Copies Furnished to:

All parties of record.